# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

VS.                           CIVIL ACTION NO. 4:03CR00151-01 GH

PHILLIP FRANKLIN WEST                                                                   DEFENDANT

## ORDER TO SHOW CAUSE

The United States' Motion to Show Cause as to why the Defendant should not be held in contempt for failure to appear at the Judgment Debtor Examination scheduled December 8, 2009, (docket entry #214) is **granted**.

The hearing on the Government's Motion to Show Cause is scheduled for Thursday, January 28, 2010 at 10:00 a.m., Richard Sheppard Arnold United States Courthouse, Courtroom #1C, 500 West Capitol, Little Rock, Arkansas, before Magistrate Judge J. Thomas Ray.

A copy of his Order and the Motion to show Cause is to be served upon Defendant. The United States Marshal is hereby directed to serve this Order upon the named Defendant without prepayment of fees or costs or security therefor.  If Defendant fails to appear in accordance with the order, the Court will issue a warrant for his arrest.

IT IS SO ORDERED, this 16th day of December, 2009.

_____
UNITED STATES MAGISTRATE JUDGE